FILED
FEBRUARY 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIMBERLY S. WEISE, | ) |
| Plaintiff, | ) |
| vs. | ) No. |
| MINNESOTA LIFE, INSURANCE CO., a corporation, and DOUGLAS LAUGHMAN, an Individual, | ) |
| Defendants. | ) |

**08 C 770**

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE SCHENKIER**

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1331, 1441 and 1446, Defendant Minnesota Life Insurance Company ("Minnesota Life") removes this action from the Circuit Court of Cook County, Illinois, County Department, Chancery Division to the United States District Court on the following grounds:

1. This action was filed in the Circuit Court of Cook County, and is now pending as Case No. 08 C 00098 in that court. A copy of the Complaint is attached to this Notice of Removal.

2. Minnesota Life received this Complaint on January 17, 2008 and thirty (30) days have not yet expired since the action became removable to this Court.

3. This is a civil action seeking recovery of life insurance benefits under a contract of insurance governed by the Employment Retirement and Security Act, 29 U.S.C. §1001, et. seq.

4. This Court has original jurisdiction of this action pursuant to 28 U.S.C. §1331, as it involves a federal question arising under the Employment Retirement and Security Act, 29 U.S.C. §1001, et seq.

5. Written notice of the filing of this Notice of Removal is being served on this date upon Plaintiff's counsel of record.

6. Copies of all process, pleadings and orders served upon Minnesota Life in the state court action are attached to this Notice.

DATED: February 5, 2008　　　　　　　　Minnesota Life Insurance Company


By:  S/ Catherine A.T. Nelson
　　　　One of its Attorneys

Catherine A.T. Nelson
Daniel R. Johnson – With Consent
Cozen O'Connor
222 S. Riverside Plaza
Suite 1500
Chicago, IL 60606
Tel. 312.382-3100
Fax. 312-382-8910

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Removal was sent via first class mail, postage prepaid, this 5th day of February 2008 to:

Law Offices of Meyer and Blumenshine
221 North LaSalle Street, Suite 2206
Chicago, Illinois 60601

S/ Catherine A.T. Nelson

CHICAGO\583027\1  099994.000

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

KIMBERLY S. WEISE, )
        Plaintiff, )
v. ) No. 08CH0[...]
MINNESOTA LIFE INSURANCE COMPANY, )
a corporation, and DOUGLAS LAUGHMAN, an )
individual, )
        Defendants. )

### COMPLAINT FOR DECLARATORY JUDGMENT

NOW COMES the Plaintiff, KIMBERLY S. WEISE, by and through her attorneys, LAW OFFICES OF MEYER AND BLUMENSHINE, and for her complaint for declaratory judgment against the Defendants, MINNESOTA LIFE INSURANCE COMPANY and DOUGLAS LAUGHMAN, states as follows:

1. Plaintiff, KIMBERLY S. WEISE, is the named beneficiary of a life insurance policy on the life of MARK LAUGHMAN, issued by Defendant, MINNESOTA LIFE INSURANCE COMPANY, under policy number 0050173 (herein referred to simply as "the subject policy"). A copy of said policy is unavailable to Plaintiff and is more readily available to Defendant.

2. MINNESOTA LIFE INSURANCE COMPANY, at the request of the deceased, MARK LAUGHMAN, by and through its agents and employees assigned beneficiary rights to the Plaintiff, KIMBERLY WEISE.

3. The subject policy provided for the payment of death benefits in the amount of $1,250,000.00 to Plaintiff, **KIMBERLY WEISE** upon the death of **MARK LAUGHMAN**.

4. **MARK LAUGHMAN** deceased on October 27, 2007. The Plaintiff, **KIMBERLY WEISE**, is thus due and owed the benefits of the subject policy.

5. On information and belief, Defendant, **DOUGLAS LAUGHMAN**, father of the deceased, may make a claim for the subject policy benefits.

6. Plaintiff, **KIMBERLY WEISE**, tendered good and valuable consideration including room, board, necessities and companionship in exchange for policy beneficiary rights. She has complied with all policy conditions and otherwise cooperated with Defendant, **MINNESOTA LIFE**.

7. Defendant, **MINNESOTA LIFE**, has failed and refused to pay the benefits to Plaintiff, **KIMBERLY WEISE**, despite Plaintiff's requests for payment.

8. As a result of Defendant, **MINNESOTA LIFE'S** failure to pay said benefits, the Plaintiff, **KIMBERLY WEISE**, has sustained damages including economic loss of policy proceeds and gains therefrom, attorney's fees and legal costs.

2

9. Illinois Code of Civil Procedure 735 ILCS 5/2-701 authorizes the Court to enter a binding declaration of rights in cases of actual controversy such as the present matter.

WHEREFORE, Plaintiff, KIMBERLY WEISE, requests this Honorable Court enter an order of declaratory judgment finding that Defendant, MINNESOTA LIFE, is obligated to pay policy benefits to KIMBERLY WEISE, that Defendant, MINNESOTA LIFE is not obligated to pay benefits to Defendant, DOUGLAS LAUGHMAN, and that MINNESOTA LIFE is to pay the Plaintiff accrued interest, costs and attorney's fees.

Respectfully submitted,

Scott A. Blumenshine

LAW OFFICES of MEYER and BLUMENSHINE
221 North LaSalle Street, Suite 2206
Chicago, Illinois 60601
312/263-1000
Attorney No.: 37241

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

KIMBERLY S. WEISE, )
)
Plaintiff, )
)
v. ) No.
)
MINNESOTA LIFE INSURANCE COMPANY, )
a corporation, and DOUGLAS LAUGHMAN, an )
individual, )
)
Defendants. )

### AFFIDAVIT RE DAMAGES SOUGHT

Pursuant to Illinois Supreme Court Rule 222(b), the undersigned, being first duly sworn, on oath states that the total of money damages sought in this cause of action does exceed $50,000.00

Scott A. Blumenshine

SUBSCRIBED and SWORN TO
BEFORE ME THIS ___ day of
_____, 2008

NOTARY PUBLIC

OFFICIAL SEAL
IRENE J. LEE
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires

LAW OFFICES OF MEYER AND BLUMENSHINE
221 N. LaSalle St., Ste. 2206
Chicago, IL 60601
312/263-1000
Attorney No.: 37241