**FILED**

**NF**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FEBRUARY 5, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>KIMBERLY S. WEISE<br>v.<br>MINNESOTA LIFE INSURANCE CO., a corporation and<br>DOUGLAS LAUGHMAN, an Individual | Case Number: 08 C 00098 |

**08 C 770**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MINNESOTA LIFE INSURANCE COMPANY, a corporation

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE SCHENKIER**

| |
|---|
| NAME (Type or print)<br>Catherine A.T. Nelson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Catherine A.T. Nelson |
| FIRM<br>Cozen O'Connor |
| STREET ADDRESS<br>222 S. Riverside Plaza, Suite 1500 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6192953 | TELEPHONE NUMBER<br>312-382-3100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐