# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Kimberly S. Weise, ) | |
| ) | |
|    Plaintiff, Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 08 C 770 |
| ) | |
| Minnesota Life Insurance Co., ) | |
| ) | |
|    Defendant, Counter-Plaintiff, Cross-Plaintiff, ) | |
| ) | |
| And ) | |
| ) | |
| Douglas Laughman, ) | |
| ) | |
|    Defendant, Cross-Defendant. ) | |

## NOTICE OF FILING

To:   Scott A. Blumenshine                                  Catherine A.T. Nelson
          LAW OFFICES OF MEYER AND BLUMENSHINE        Daniel R. Johnson
          221 North LaSalle Street                        COZEN O'CONNOR
          Suite 2206                                          222 S. Riverside Plaza, Ste. 1500
          Chicago, Illinois 60601                           Chicago, Illinois 60606

       PLEASE TAKE NOTICE that on April 18, 2008, **Defendant/Counter-Plaintiff Douglas Laughman's Answer, Affirmative Defenses and Counterclaim** was electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division.

                                                                        /s/ Heather Kuhn O'Toole

Dawn M. Canty
Heather Kuhn O'Toole
Andrew D. Hoeg
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
312-902-5200

**CERTIFICATE OF SERVICE**

      I, Heather Kuhn O'Toole, an attorney, hereby certify that on April 18, 2008, I caused a copy of **Defendant / Counter-Plaintiff Douglas Laughman's Answer, Affirmative Defenses and Counterclaim** to be electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice and copy of the electronic filing to the following counsel:

| | |
|---|---|
| Scott A. Blumenshine | Catherine A.T. Nelson |
| LAW OFFICES OF MEYER AND BLUMENSHINE | Daniel R. Johnson |
| 221 North LaSalle Street | COZEN O'CONNOR |
| Suite 2206 | 222 S. Riverside Plaza, Ste. 1500 |
| Chicago, Illinois 60601 | Chicago, Illinois 60606 |
| sbshine@hotmail.com | cnelson@cozen.com |
| | djohnson@cozen.com |

                                                                   /s/ Heather Kuhn O'Toole