# EXHIBIT A

Policy #50173-G

# KATTEN MUCHIN ZAVIS ROSENMAN
## Group Universal Life Enrollment Form
*Underwritten by Minnesota Life*

1. **Verify (make any corrections needed)**

   Name of Insured: Mark Laughman   Date of Birth: 8/25/67
   Home Address: 4908 N. Hamlin Avenue, Chicago, IL 60625
   Social Security Number: 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   Coverage Amount: 4,250,000

2. **Confirm Ownership (if applicable)**

   Owner Name (print): Mark E. Laughman
   Mark E. Laughman
   Owner Address: 4908 N. Hamlin Ave., Chicago, IL 60625

   *I confirm the ownership of the insurance certificate on the life of the insured named above. I understand that the absolute owner of the contract will be entitled to every right, privilege or benefit of the certificate.*

   Owner Signature: [signature]   Owner Tax ID: N/A

   [stamp: RECEIVED MAY 24 — GP UNI LIFE]

3. **Select Beneficiary (if owner of the coverage)**

   **Primary Beneficiary (ies)**

   | Name | Relationship | Share% | Social Security # (if available) |
   |---|---|---|---|
   | Kimberly Laughman | Wife | 100 | 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 |

   **Contingent Beneficiary (ies)**

   | Name | Relationship | Share% | Social Security # (if available) |
   |---|---|---|---|
   | Douglas Laughman | Father | 100 | 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 |

   Insured's Signature: [signature]   Date: 5-18-04
   Owner's Signature: [signature]   Date: 5-18-04

   **RETURN COMPLETED FORM BY TO:** Jim Berge, KMZR, Chicago Office

0000459865

# MINNESOTA LIFE

AGREEMENT FOR THE EXCHANGE
OF LIFE INSURANCE POLICIES UNDER
SECTION 1035 OF THE INTERNAL REVENUE CODE

Minnesota Life Insurance Company • Group Insurance • 400 Robert Street North • St. Paul, Minnesota 55101-2098

I, _Mink E Lautmann_, the undersigned, own the following life insurance policy:

| DESCRIBED AS POLICY(IES)(CONTRACT) NUMBER | ISSUED BY | ON THE LIFE OF (please print) |
|---|---|---|
| 75042007 | Mass Mutual Life Insurance Co. | Mink Lautmann |

(COLLECTIVELY OLD POLICY) WHICH I HEREBY AGREE TO EXCHANGE PURSUANT TO SECTION 1035 OF THE INTERNAL REVENUE CODE FOR A LIFE INSURANCE POLICY (NEW POLICY) ON THE LIFE OF THE SAME INSURED NAMED IN THE OLD POLICY IF MINNESOTA LIFE INSURANCE COMPANY APPROVES APPLICATION, DATED _5-18-04_.

In consideration of Minnesota Life furnishing this form and assisting me with the exchange or insurance policies under Section 1035 of the Internal Revenue Code, I hereby further represent and agree as follows:

I am the sole owner of the Old Policy. No other person (including fiduciaries whether or not court-appointed), firm, corporation, business entity, or governmental unit has any legal or equitable claim or interest in or against the Old Policy except:

(collateral assignees, irrevocable beneficiaries, etc., must also sign below)

I hereby assign, irrevocably transfer, and deliver the Old Policy described above to Minnesota Life together with all rights, title, and interest therein and thereto.

I understand and agree that Minnesota Life is not obligated to and will not make premium payments on the Old Policy. Therefore, I further agree for myself, my heirs, and assigns that Minnesota Life is not liable if the Old Policy lapses for nonpayment of premiums. I understand that if the Old Policy is reassigned to me under the terms of paragraph 5 and it has lapsed because premiums have not been paid, I can reinstate it only if the terms of the Old Policy permit it to be reinstated.

I understand that if Minnesota Life approves the applications, then Minnesota Life will surrender the Old Policy for its cash surrender value and that the Old Policy will no longer be in force or effect as of the surrender date. Upon receipt of the surrender value by Minnesota Life, the proceeds will be applied directly to cash value and will not increase the face amount of my New Policy. I UNDERSTAND THAT AFTER THE **SURRENDER DATE**, THE OLD POLICY CANNOT BE RETURNED TO ME AND THAT NO DEATH BENEFIT WILL BE PAID UNDER IT IF THE INSURED DIES.

If Minnesota Life reassigns the Old Policy to me or my legal representative, Minnesota Life shall have no further obligation as assignee with respect to the Old Policy.

I understand and agree that Minnesota Life is furnishing this form and participating in this transaction at my specific request. Accordingly, I am not relying on Minnesota Life, its agents, or employees for any tax advice whatsoever with respect to this transaction. I understand that any tax obligations, including deductions for state premium taxes, resulting from this transaction are mine. Further, I assume any and all risk with respect to the accomplishment of a valid Section 1035 exchange under the Internal Revenue Code.

I understand that this Agreement creates **No Insurance**.
As of the surrender date of the Old Policy, the New Policy coverage will be effective. Minnesota Life will then be liable to pay death proceeds under the terms of the New Policy.

| SIGNED AT (city and state) | DATE |
|---|---|
| Chicago, Illinois | 5-18-04 |

OWNER - APPLICANT
X _Mink E. Ayl_

IRREVOCABLE BENEFICIARY (if appropriate)
X

COLLATERAL ASSIGNEE (if appropriate)
X

F.54555 1-2000                Please make a copy for your files.         5-24-04

0000459866

# Definitions

**account value**

Net premiums paid for this certificate, plus interest earned and experience credits allocated to the account value, minus monthly deductions, withdrawals and any fees charged for such withdrawals.

**age**

Attained age as of most recent birthday.

**application**

Your application for insurance under the group policy, including any evidence of insurability application.

**associated company**

Any company which is a subsidiary or affiliate of the policyholder and which is designated by the policyholder and agreed to by us to participate under this policy.

**certificate effective date**

The first day of the calendar month coinciding with or next following the date your insurance under this certificate becomes effective. This is the date from which we determine certificate months and certificate years.

**certificate month**

A calendar month in which insurance is provided by this certificate.

**certificate specifications page**

The form which identifies the face amount of insurance and other insurance information for a primary insured. The certificate specifications page is attached to and made a part of this certificate.

**certificate year**

A period of twelve consecutive months during which insurance is provided by this certificate. The first certificate year begins on the certificate effective date.

**contributory insurance**

Insurance for which you are required to pay premium.

**earnings**

An employee's basic rate of compensation not including commissions, overtime, premium pay, bonuses, or any other additional compensation.

**employee**

An individual who is employed by the policyholder or by an associated company. A sole proprietor will be considered the employee of the proprietorship. A partner in a partnership will be considered an employee as long as the partner's principal work is the conduct of the partnership's business. The term employee does not include temporary employees, seasonal employees, nor corporate directors who are not otherwise employees.

**employer**

The policyholder or any associated company.

**evidence of insurability**

Evidence of the good health of a prospective insured and any other underwriting information we require.

**insured**

A person who is eligible for and becomes insured under the terms of this certificate.

**loan principal**

The sum of all outstanding loans and accumulated loan interest charges for this certificate.

**monthly deduction**

The sum of the cost of insurance, the cost of any additional insurance benefits provided by certificate supplement, and any administration fee for a certificate month.

**monthly deduction date**

The date in each certificate month on which we deduct the monthly deduction from your account value. The monthly deduction date is shown on the certificate specifications page.

**net cash value**

The account value of this certificate increased by any accrued loan interest credits and reduced by any loan principal, accrued loan interest charges and any overdue monthly deductions. It is the amount you may obtain through surrender of this certificate or apply toward the purchase of a paid-up whole life insurance policy.

**net premium**

The premium paid reduced by any percentage-of-premium charge. The percentage-of-premium charge is shown on the certificate specifications page. It applies only to the portion of the premium paid that exceeds the amount of the monthly deduction.

**non-work day**

A day on which an employee is not regularly scheduled to work, including scheduled time off for vacations, personal holidays, weekends, holidays, and approved leaves of absence for non-medical reasons.

Non-work day does not include time off for medical leave of absence, temporary layoff, employer suspension of operations in total or in part, strike, and any time off due to sickness or injury including sick days, short-term disability, or long-term disability.

**noncontributory insurance**

Insurance for which you are not required to pay premium.

**owner**

The owner of this certificate. Unless assigned otherwise, the primary insured is the owner of this certificate. Only the owner has the right to exercise ownership rights under the certificate, including but not limited to naming or changing a beneficiary, changing the face amount of insurance, requesting loans and withdrawals, surrendering the certificate, and assigning any or all ownership rights.

**policy specifications page**

The form which summarizes the plan of insurance provided under the group policy. The policy specifications page is attached to and made a part of the group policy.

**policyholder**

The owner of the group policy, as shown on the certificate specifications page.

**primary insured**

An insured employee.

**successor plan**

An insurance policy or policies or an annuity contract or contracts provided by us or another insurer that replaces insurance provided under the group policy.

**waiting period**

The period, if any, of continuous employment with the employer that the employee must satisfy prior to becoming eligible for insurance under this certificate. The employer determines the waiting period based on the employer's practices and procedures. The group policy identifies the waiting period applicable to an employee's eligible class.

**we, our, us**

Minnesota Life Insurance Company.

**you, your**

The owner of this certificate.

## General Information

**What is your agreement with us?**

This certificate summarizes the principal provisions of your life insurance provided by the group policy. The provisions summarized in this certificate are subject in every respect to the group policy. Your signed application is deemed a part of this certificate.

Any statements made in your application will be considered representations and not warranties. Also, any statement made will not be used to void your insurance nor defend against a claim unless the statement is contained in your signed application or any evidence of insurability application, and a copy containing the statement is furnished to you, the beneficiary, or your or the beneficiary's personal representative.

This certificate is issued in consideration of your application and the payment of the required premium.

In making any benefits determination under this certificate and the group policy, we shall have the discretionary authority both to determine an individual's eligibility for benefits and to construe the terms of this certificate and the group policy.

**Can this certificate be amended?**

Yes. Neither your consent nor the insured's is required to amend this certificate. Any amendment will be without prejudice to any claim for benefits incurred prior to the effective date of the amendment.

**Which employees are eligible for insurance?**

An employee is eligible for insurance if he or she:

(1) is a member of the eligible group and of an eligible class identified in the group policy; and
(2) has satisfied the waiting period, if any; and
(3) meets the actively-at-work requirement described in the "What is the actively-at-work requirement?" provision of this section.

If retired employees are eligible to become insured under the policyholder's plan of insurance as provided for by the group policy, the actively-at-work requirement will not apply to them.

**What is the actively-at-work requirement?**

To be eligible to become insured or to receive an increase in the face amount of insurance, an employee must be actively at work for 20 hours per week, performing his or her customary duties at the employer's normal place of business or at other places the employer's business requires him or her to travel.

Employees not working due to illness or injury do not meet the actively-at-work requirement, nor do employees receiving sick pay, short-term disability benefits, long-term disability benefits, or any other compensation due to illness or injury.

If an employee is not actively at work on the date insurance would otherwise begin, or on the date an increase in the face amount of insurance would otherwise be effective, the employee will not be eligible for the insurance or increase until he or she returns to active work. However, if the absence is on a non-work day, insurance will not be delayed provided the employee was actively at work on the work day immediately preceding the non-work day.

Except as otherwise provided for in this certificate, an employee is eligible to continue to be insured only while he or she remains actively at work.

00-30253.12

Minnesota Life 3
Ed. F. 61214 6-2004

**When will we require evidence of insurability?**

Evidence of insurability will be required if:

(1) the amount of insurance applied for is greater than the guaranteed issue amount; or
(2) the insurance is contributory and application for the prospective insured is not made within 31 days from the date he or she is first eligible for insurance; or
(3) the insurance is noncontributory and the prospective insured does not become insured, due to nonpayment of premium, within the three-month period beginning on the date he or she is first eligible for insurance. This will not apply if it is shown that the nonpayment of premium was due to clerical error only, in which case premium will be due retroactive to the date the prospective insured was first eligible for insurance; or
(4) the insurance for which the prospective insured was previously enrolled did not go into effect or was terminated because you failed to make a required premium payment; or
(5) during a previous period of eligibility, the prospective insured failed to submit evidence of insurability or that which was submitted was not satisfactory to us; or
(6) the prospective insured is insured by an individual policy issued under the conversion provisions of this certificate.

**What is guaranteed issue insurance?**

Guaranteed issue insurance is insurance that can be obtained for a prospective insured without providing evidence of insurability. The guaranteed issue amount is identified in the group policy. To be eligible for guaranteed issue insurance, a prospective insured must meet all eligibility requirements and, for contributory insurance, application must be made within 31 days from the date the prospective insured is first eligible for insurance.

**When does insurance become effective?**

Insurance becomes effective on the date that all of the following conditions have been met:

(1) a prospective insured meets all eligibility requirements; and
(2) if required, you apply for the insurance on forms which are approved by us; and
(3) we are satisfied with the prospective insured's evidence of insurability, if we require evidence; and
(4) we receive the required premium.

**Can insurance be continued during an insured employee's sickness, injury, leave of absence or temporary layoff?**

Yes. Subject to the employer's practices and procedures, insurance may be continued when an insured employee is not actively at work due to sickness, injury, leave of absence or temporary layoff. Insurance will continue until terminated in accordance with the termination provisions of this certificate or, if earlier, based on the employer's practices and procedures, subject to certain time limits and conditions as identified in the group policy. If the insured employees stops active work for any reason, you should discuss with the employer what arrangements may be made to continue your insurance.

Continuation provided under this provision does not affect the rights of continuation under the portability provisions of this certificate. An individual continuing insurance under this provision is continuing with non-portability status.

# Death Benefit

**What is the amount of the death benefit?**

The amount of the death benefit depends on whether Option A or Option B is in effect for this certificate. Option A is a level death benefit. Option B is an increasing death benefit. The death benefit option for all certificates issued under the group policy will be the death benefit option selected by the policyholder. The death benefit option for this certificate is shown on the certificate specifications page.

**Option A - Level Death Benefit**

The amount of the death benefit for Option A is:

(1) the greater of the face amount of insurance on the date of death or the minimum death benefit on the date of death; plus
(2) any premium received after the date of death; minus
(3) any unpaid monthly deductions due through the month in which death occurs, and any loan principal and accrued loan interest charges.

**Option B – Increasing Death Benefit**

The amount of the death benefit for Option B is:

(1) the greater of the face amount of insurance plus the account value on the date of death, or the minimum death benefit on the date of death; plus
(2) any monthly deductions deducted from the account value for months subsequent to the month in which death occurs, and any accrued loan interest credits; minus
(3) any unpaid monthly deductions due through the month in which death occurs, and any loan principal and accrued loan interest charges.

We intend for this certificate to qualify as a life insurance policy as defined by Section 7702 of the Internal Revenue Code. We reserve the right to increase the face amount of insurance or limit the amount of premium we will accept in order to maintain such qualification.

**What is the minimum death benefit?**

The minimum death benefit is an amount determined by us that is required to preserve the qualification of this certificate as a life insurance policy as defined by Section 7702 of the Internal Revenue Code. The minimum death benefit is a percentage of the account value. The percentage depends on the age and nicotine status of the primary insured as identified in Table B. We reserve the right to change this table.

**Can you change the death benefit option?**

No.

**What is the face amount of insurance?**

The face amount of insurance is shown on the certificate specifications page.

**How can the face amount of insurance change?**

You can request an increase or a decrease in the face amount of your contributory insurance within the limitations of the plan of insurance, including any limitations on when and how often such requests may be made. All requests must be made in writing or through any other method made available by us under the group policy.

If you request an increase in the face amount of your contributory insurance, we will require satisfactory evidence of insurability. If a decrease in the face amount of contributory insurance is requested, the remaining face amount of insurance cannot be less than $10,000.

The face amount of insurance may increase or decrease as a result of a change in the primary insured's eligible class, earnings or age as determined by the plan of insurance

For an Option A death benefit, a withdrawal will reduce the face amount of insurance by the amount of the withdrawal and the withdrawal fee.

**When will changes in the face amount of insurance be effective?**

Requested increases in the face amount of insurance, if approved, are effective on the date we approve the increase. Requested decreases in the face amount are effective on the first day of the month following our receipt of the request for a decrease, or the date you request if later.

Increases and decreases in insurance amounts which result from a change in the primary insured's eligible class, earnings or age will be effective based on procedures determined by the policyholder and us, as identified in the group policy.

Changes in the face amount of insurance due to a withdrawal will be effective on the date of the withdrawal.

All increases in the face amount of insurance for an employee, other than an increase due to a change in death benefit option, are subject to the actively-at-work requirement.

If the face amount of insurance changes, you will receive a replacement certificate specifications page which identifies the new face amount of insurance.

**When will the death benefit be payable?**

We will pay the death benefit upon receipt at our home office of written proof satisfactory to us that an individual died while insured under this certificate. All payments by us are payable from our home office.

The death benefit will be paid in a single sum or by any other method agreeable to us and the beneficiary. We will pay interest on the face amount of insurance from the date of the insured's death until the date of payment. Interest will be at an annual rate determined by us, but never less than 3% per year or the minimum required by state law, whichever is greater.

**To whom will we pay the death benefit?**

We will pay the death benefit to the beneficiary or beneficiaries. A beneficiary is named by you to receive the death benefit to be paid at the insured's death. You may name one or more beneficiaries. You may choose to name an irrevocable beneficiary which means that you cannot change this beneficiary without his or her consent. You cannot name the policyholder or an associated company as a beneficiary.

If there is more than one beneficiary, each will receive an equal share of the death benefit, unless you have requested another method in writing. To receive payment, a beneficiary must be living at the time of the insured's death. In the event a beneficiary is not living at the time of the insured's death, that beneficiary's portion of the death benefit will be equally distributed to the remaining surviving beneficiaries. In the event of the simultaneous deaths of the insured and a beneficiary, the death benefit will be paid as if the insured survived the beneficiary.

If there is no eligible beneficiary, or if you do not name one, we will pay the death benefit to:

(1) the primary insured's lawful spouse, if living; otherwise
(2) the primary insured's natural or legally adopted children in equal shares, if living; otherwise
(3) the primary insured's parents in equal shares, if living; otherwise
(4) the personal representative of the primary insured's estate.

**Can you add or change beneficiaries?**

Yes. You can add or change beneficiaries if the insurance is in force and we have written consent of any affected irrevocable beneficiaries.

A request to add or change a beneficiary must be made in writing or through any other method made available by us under the group policy. All requests are subject to our approval. A change will take effect as of the date it is signed, but will not be effective as to any payment we have made or actions we have taken before receiving your request.

# Premium

**When and how often is premium due?**

A premium must be paid to put this certificate in force. This initial premium must cover the first monthly deduction. A premium must also be paid when there is insufficient net cash value to pay the monthly deduction necessary to keep this certificate in force.

The monthly deduction is the sum of the following for a certificate month:

(1) the cost of insurance; and
(2) the cost of any additional insurance benefits provided by certificate supplement; and
(3) any administration fee.

The administration fee, if any, is shown on the certificate specifications page. We reserve the right to change the administration fee, not to exceed the guaranteed maximum administration fee of $4.00.

**Can additional premium be paid to accumulate cash value?**

Yes. Additional premium can be paid which exceeds the amount required to pay the monthly deduction. A percentage-of-premium charge will be deducted from the additional premium. The remainder will be credited to your account value to accumulate at interest. The percentage-of-premium charge is shown on the certificate specifications page. We reserve the right to change this charge, not to exceed the guaranteed maximum percentage-of-premium charge of 5%.

We reserve the right to limit the amount of additional premium to maintain this certificate's qualification as a life insurance policy as defined by Section 7702 of the Internal Revenue Code.

**What are scheduled premium payments?**

Scheduled premium payments are periodic premium payments set and paid by you. The scheduled premium payment amount will be shown on the certificate specifications page. You can change the amount and frequency of scheduled premium payments. You may also choose not to make a scheduled premium payment. Failure to make one or more scheduled premium payments will not cause the insurance to terminate until such time as the net cash value is insufficient to pay the monthly deduction necessary to keep the insurance in force. For noncontributory insurance, the policyholder makes scheduled premium payments, although you may also make scheduled premium payments for such insurance.

**What are lump sum premium payments?**

In addition to scheduled premium payments, you or the policyholder may make lump sum premium payments. Lump sum premium payments are non-repeating premium payments. The minimum amount of a lump sum premium payment is $100.

We reserve the right to limit any lump sum premium payment to less than the amount which, when added to your account value, equals the single premium for a paid-up whole life policy for the insured's death benefit. We also reserve the right to limit a lump sum premium payment to maintain this certificate's qualification as a life insurance policy as defined by Section 7702 of the Internal Revenue Code.

**Is there continuation of insurance upon discontinuation of premium payments?**

Yes. Provided the net cash value of this certificate is sufficient to pay the monthly deductions necessary to keep the insurance in force, insurance shall continue upon discontinuation of premium payments. When the net cash value no longer is sufficient to pay the due monthly deduction, the grace period will begin unless premium payments are resumed.

**Is there a grace period for the payment of premium?**

Yes. This certificate has a 31-day grace period. The grace period will start on the monthly deduction date on which the net cash value of this certificate is insufficient to cover the monthly deduction necessary to keep the insurance in force. The insurance will lapse if the premium amount necessary to cover the monthly deduction due is not received by us by the end of the grace period. Lapse means all insurance provided by this certificate terminates. Insurance will remain in effect during the 31-day grace period. The grace period does not apply to the first premium payment.

**How do we determine the cost of insurance?**

The cost of insurance on the life of a primary insured for a certificate month is equal to a risk factor multiplied by the net amount at risk for this certificate. The risk factor is based on the primary insured's age and rate class. The risk factor is subject to change, but will never exceed the maximums shown in Table A.

The calculation of the net amount at risk depends on the death benefit option in effect for this certificate as follows:

**Option A - Level Death Benefit**

The net amount at risk is equal to the greater of:

(1) the greater of the face amount of insurance or the minimum death benefit; minus
(2) the account value immediately prior to the deduction of the cost of insurance.

**Option B - Increasing Death Benefit**

The net amount at risk is equal to the greater of:

(1) the face amount of insurance; or
(2) the minimum death benefit minus the account value immediately prior to the deduction of the cost of insurance.

## Account Value and Net Cash Value

### What is the account value of this certificate?

On the certificate effective date, we will open an account for you to which we will add any net premium we receive for this certificate on or before the certificate effective date. This amount is your beginning account value for the first certificate month. After the first certificate month, the beginning account value for a certificate month is equal to the ending account value from the previous certificate month.

On the monthly deduction date, we deduct from the account value the administration fee, if any, shown on the certificate specifications page. We also deduct the cost of insurance on the life of the primary insured as well as the cost for any additional benefits provided by certificate supplement.

During the certificate month, we add to the account value any net premium we receive for this certificate. We subtract from the account value the amount of any withdrawals and fees charged for such withdrawals.

During the certificate month, interest is credited on the account value at a rate not less than 3% per year compounded annually. We may pay less interest on the loan principal portion of the account value than on the remainder of the account value, but in no event will we pay less than 3% interest.

The result is your ending account value for the certificate month.

### What is the net cash value of a certificate?

The net cash value is the amount of money we will pay if you elect to surrender the certificate or the amount you may apply toward the purchase of a paid-up whole life insurance policy.

The net cash value is equal to the account value, plus accrued loan interest credits, minus any loan principal, accrued loan interest charges and any overdue monthly deductions.

### Will you have access to the net cash value?

Yes. You will have access to the net cash value through loans, withdrawals or a surrender of this certificate.

## Loans

### Can you borrow against the net cash value of this certificate?

Yes. You can request a loan from the net cash value at any time. A request for a loan may be made in writing or through any other method made available by us under the group policy.

We reserve the right to postpone payment of a loan for up to six months.

### What are the minimum and maximum loan amounts available?

The amount of a loan must be at least $100 and cannot exceed (a) minus (b), where (a) is 90 percent of the account value and (b) is any loan principal plus accrued loan interest charges.

### What is the effect of a loan?

When a loan is taken, we will reduce the net cash value of this certificate by the amount borrowed. The amount borrowed becomes loan principal and is added to any existing loan principal.

### What is the loan principal?

The loan principal is the sum of all outstanding loans and accumulated loan interest charges for this certificate. The loan principal accrues loan interest credits and loan interest charges and continues to be part of the account value.

### What is the interest rate charged on the loan principal?

The interest rate charged on the loan principal is 8% per year. If the accrued loan interest charges are not paid at the end of a certificate month, this interest will be deducted from the net cash value, added to the loan principal and charged the same rate of interest as the loan principal in effect.

### What is the interest rate credited to this certificate as a result of a loan?

Interest will be credited on the loan principal at a rate which is not less than 6% per year and will be added to the net cash value.

### When and in what amount should loan repayments be made?

The loan principal and accrued loan interest charges may be repaid in full or in part at any time before the primary insured's death provided that the insurance under this certificate is in force. The loan principal and accrued loan interest charges may also be repaid within 60 days after the date of the primary insured's death if we have not yet paid any of the death benefit. The amount of any loan repayment must be at least $100 unless the balance due is less than $100.

**How do loan repayments affect the loan principal and net cash value?**

Loan repayments reduce the amount of the loan principal by the amount of the loan repayment, therefore increasing the net cash value of this certificate.

**What happens if a loan is not repaid?**

If a loan is not repaid, the loan principal will continue to increase, reducing this certificate's net cash value. This certificate will remain in force provided that the net cash value is sufficient to pay the monthly deduction necessary to keep this certificate in force. If this certificate does not have sufficient net cash value, the insurance will lapse if the premium necessary to cover the monthly deduction due is not received by us by the end of the grace period. Lapse means all insurance provided by this certificate terminates. Insurance will remain in effect during the 31-day grace period.

## Withdrawals and Surrender

**Can you request a withdrawal from this certificate's net cash value?**

Yes. You can request a withdrawal from the net cash value at any time. A request for a withdrawal may be made in writing or through any other method made available by us under the group policy.

A fee of not more than $15 will be charged for each withdrawal.

**What are the minimum and maximum withdrawal amounts available?**

The amount of a withdrawal must be at least $100 and cannot exceed (a) minus (b), where (a) is 100 percent of the account value and (b) is any loan principal and accrued loan interest charges.

We reserve the right to change the minimum amount or limit the number of times you may make a withdrawal.

**What is the effect of a withdrawal on this certificate?**

A withdrawal reduces the net cash value of this certificate by the amount of the withdrawal and the withdrawal fee.

For an Option A death benefit, a withdrawal will also reduce the face amount of insurance by the amount of the withdrawal and the withdrawal fee, therefore reducing the death benefit by the same amount.

For an Option B death benefit, a withdrawal will not change the face amount of insurance. However, since the account value is reduced by the amount of the withdrawal and the withdrawal fee, the death benefit under Option B will be reduced by this same amount.

**Can you surrender this certificate?**

Yes. You can surrender this certificate at any time. Surrendering this certificate means that the insurance under this certificate is terminated and we pay the net cash value to you. A request for a surrender may be made in writing or through any other method made available by us under the group policy.

The net cash value will be calculated as of the date we process your request.

**Can we postpone payment of a withdrawal or surrender?**

Yes. We reserve the right to postpone the payment of any withdrawal or surrender for up to six months.

## Reports

**Will you receive a quarterly report?**

A quarterly report showing the status of this certificate will be provided to you if your ending account value for the report period is greater than zero. This insurance review will include:

(1) the total of all premiums paid and loan repayments made; and
(2) the monthly deductions taken from the account value; and
(3) the interest credited; and
(4) the amount of any withdrawals; and
(5) the amount of any loan principal; and
(6) the net cash value; and
(7) the current death benefit; and
(8) the beginning and ending account values.

**Can you request an illustration of your projected future account values?**

Yes. Upon request, we will provide you with an illustration of your projected future account values. The projection will be based on:

(1) the face amount of insurance; and
(2) the scheduled premium payments; and
(3) any other necessary assumptions specified by you or us.

A fee of not more than $20 will be charged for an illustration.

## Paid-Up Insurance Option

**What is the paid-up insurance option?**

You can request at any time that this certificate be changed to an individual policy of paid-up whole life insurance. If such a request is made, we will terminate the group insurance on the primary insured provided under this certificate and we will issue a new individual paid-up policy.

The death benefit provided by the paid-up policy will be determined as follows:

(1) We will calculate the net cash value of this certificate on the date of the change. This will be the initial cash value of the paid-up policy.
(2) The amount of the paid-up death benefit will be determined by multiplying the net cash value by a paid-up insurance factor. The minimum paid-up insurance factors are shown in Table C.

In no event will we be liable under both this certificate and the new individual policy.

# Portability

**Can insurance be continued under this certificate for a primary insured who loses eligibility?**

Yes. Insurance under this certificate may be continued for a primary insured who no longer meets the eligibility requirements of this certificate, provided the loss of eligibility is not due to an amendment to the group policy, or is due to an amendment and there is no successor plan.

If this condition is met, the primary insured will then be considered to have portability status and the date of the change in status will be considered his or her portability date.

Insurance for a primary insured who has portability status is automatically continued. We will bill you, and all premium payments on and after the portability date will be paid directly to us. The monthly deduction may be higher than that for primary insureds who do not have portability status. The monthly deduction may increase in the future, but will not exceed the maximums identified in the "Premium" section.

Continuance of insurance under these portability provisions includes any additional insurance benefits provided by certificate supplement.

**Can a primary insured acquire portability status if the group policy terminates?**

If the group policy terminates and there is a successor plan, a primary insured who does not already have portability status cannot acquire portability status. Insurance will terminate for such a primary insured. If the group policy terminates and there is not a successor plan, a primary insured can acquire portability status.

**What are the minimum and maximum face amounts of insurance that can be continued?**

The minimum face amount of insurance that can be continued for a primary insured is $10,000. The maximum face amount of insurance that can be continued for a primary insured on his or her portability date is the face amount of insurance in effect on the primary insured's portability date.

**Can you request a change in the face amount of insurance for a primary insured with portability status?**

Yes. You can request a change in the face amount of insurance to any increment of $1,000, subject to a minimum amount of $10,000 and a maximum amount equal to the maximum amount available to active participants of your class.

Requests for changes in the face amount of insurance may be made in writing or through any other method made available by us under the group policy. If you request an increase in the face amount of insurance, we will require satisfactory evidence of insurability. The increase, if approved, will be effective on the date of our approval. The actively-at-work requirement will not apply to any such increase. Requested decreases in the face amount will be effective on the first day of the month following our receipt of the request for a decrease, or the date you request if later.

**Can you apply for any additional insurance benefits provided by certificate supplement while the primary insured has portability status?**

No. No certificate supplements may be added to this certificate while the primary insured has portability status.

**What happens if a primary insured with portability status again meets all of the eligibility requirements of this certificate?**

If a primary insured with portability status again meets the eligibility requirements of this certificate, he or she will no longer be considered to have portability status. Insurance for that primary insured may be provided only under the terms of this certificate that apply to those with non-portability status. The face amount of insurance will not be reduced solely due to a change to non-portability status. A primary insured cannot be insured under the group policy with both portability status and non-portability status.

**What happens to insurance being continued under the portability provisions if the group policy terminates?**

Notwithstanding anything in this certificate to the contrary, termination of the group policy will not terminate insurance then in force on a primary insured with portability status. The group policy will be deemed to remain in force solely for the purpose of continuing such insurance, but without further obligation of the policyholder.

# Termination

**When does insurance on a primary insured terminate?**

Insurance on a primary insured terminates on the earliest of:

(1) 31 days after the monthly deduction date on which the net cash value is insufficient to cover the monthly deduction, if at that time the net cash

value remains insufficient to pay the monthly deduction; or
(2) the date we process your request to surrender this certificate or terminate the insurance; or
(3) the primary insured's 100th birthday; or
(4) the date the primary insured no longer meets the eligibility requirements of this certificate, unless the insurance can be continued under the portability provisions; or
(5) the date the group policy is amended to terminate insurance for a primary insured, unless the insurance can be continued under the portability provisions; or
(6) the date the group policy terminates, unless the insurance can be continued under the portability provisions.

**Can insurance on the life of a primary insured be reinstated after lapse?**

Yes. Insurance terminated because the net cash value is insufficient to pay for the monthly deduction may be reinstated. Reinstatement must occur while the primary insured is living and within three years from the date of lapse. Reinstatement is made by our receipt of a premium payment in an amount that is large enough to cover all monthly deductions which have accrued on this certificate up to the effective date of reinstatement plus the monthly deductions for the two months following the effective date of reinstatement. If any loan principal and accrued loan interest charges are not repaid, this indebtedness will be reinstated along with the insurance. No evidence of the primary insured's insurability will be required for reinstatement during the first 31 days following lapse, but satisfactory evidence of insurability will be required from the 32nd day to three years from the date of the lapse.

The face amount of any noncontributory insurance will be that which applies to the class to which the primary insured belongs on the date of reinstatement. The face amount of contributory insurance will be that for which the primary insured was insured immediately prior to lapse.

**When does the group policy terminate?**

The policyholder may terminate the group policy by giving us 31 days prior written notice.

We reserve the right to terminate the group policy 61 days after we provide the policyholder with notice of our intent to terminate the group policy.

**What happens to account values if the group policy terminates?**

If the group policy terminates, we reserve the right to complete the distribution of account values over a period of time determined by us, but not more than five years. This delayed distribution does not in any way continue or extend any insurance that has otherwise terminated.

## Conversion Right

**What is the conversion right?**

You may be able to convert the life insurance provided by this certificate to a new individual life insurance policy if all or part of your life insurance under this certificate terminates. Conversion is not available if this certificate has lapsed due to failure to make a required premium payment.

You can convert up to the full amount of terminated life insurance if termination occurs because the insured no longer meets the eligibility requirements of this certificate and you are not eligible to continue the insurance under the portability provisions.

Limited conversion is available if insurance is terminated because the group policy is terminated or amended to reduce or terminate the insurance for an insured, the insured has been insured for at least five years, and you are not eligible to continue the insurance under the portability provisions. For limited conversion, you may convert up to the full amount of terminated insurance, but not more than the maximum. The maximum is the lesser of:

(1) $10,000; or
(2) the amount of life insurance which terminated minus any amount of group life insurance for which the insured becomes eligible under any group policy issued or reinstated within 31 days of the date the insurance terminated under this certificate.

**To what type of policy may you convert your insurance?**

You may convert your insurance to any type of individual policy of life insurance then customarily issued by us for purposes of conversion, except term insurance. The individual policy will not include any supplemental benefits, including, but not limited to, any disability benefits or accidental death and dismemberment benefits.

**How do you convert your insurance?**

You convert your insurance by applying for an individual policy and paying the first premium. Your application and the first premium payment must be received by us within 31 days after the group insurance terminates. No evidence of insurability will be required.

If you do not receive written notice of the conversion right under this certificate at least 15 days prior to the end of the 31-day conversion period, you will have an additional period within which to exercise such right. This additional period will expire 15 days after you are given such notice, but in no event will such additional period be extended beyond 60 days after the end of the conversion period. Notice of the conversion right will be presented to you or sent to your last known address. Receipt of this certificate will constitute such notice. Nothing contained herein will

be construed to continue any insurance beyond the period provided in this certificate.

**How is the premium for the individual policy determined?**

We base the premium for the individual policy on the plan of insurance, the insured's age, and the class of risk to which the insured belongs on the date of the conversion.

**When is the individual policy effective?**

The individual policy takes effect 31 days after the group insurance terminates or, if later, upon our receipt of the application if application is made during the additional period allowed for conversion.

**What happens if an insured dies during the 31-day conversion period?**

If an insured dies during the 31-day conversion period, we will pay a death benefit regardless of whether or not an application for insurance under an individual policy has been submitted. The death benefit will be the face amount of insurance you would have been eligible to convert under the terms of the conversion provisions. We will return any premium paid for an individual policy to the beneficiary named under this certificate. In no event will we be liable under both this certificate and the individual policy.

# Additional Information

**What if an insured's age has been misstated?**

If the age of an insured has been misstated, the face amount of insurance will be that amount to which the insured is entitled based on his or her correct age.

The death benefit and account value will be adjusted. The adjustment will be:

(1) the cost of insurance charges that were paid; minus
(2) the cost of insurance charges that should have been paid based on the insured's correct age.

This amount will be accumulated at interest. The interest rates that will be used are the rates that were used in accumulating the account value.

**Is there a suicide exclusion?**

Yes. A suicide exclusion applies to contributory insurance on the life of a primary insured. The suicide exclusion limits our liability to an amount equal to the premium paid for contributory insurance on the life of a primary insured if that primary insured, whether sane or insane, dies by suicide within two years of the effective date of the insurance.

If there has been an increase in the face amount of contributory insurance on the life of a primary insured for which application or evidence of insurability was required, and if the primary insured dies by suicide within two years of the effective date of the increase, our liability with respect to that increase will be limited to the cost of insurance paid and attributable to such increase.

If the primary insured is a Missouri citizen when this certificate becomes effective, the suicide exclusion does not apply on the certificate effective date, or on the effective date of any increase in the face amount of insurance, unless the primary insured intended suicide when this certificate, or any increase, was applied for.

If the primary insured is a citizen of Colorado or North Dakota, the duration of this suicide exclusion is for one year instead of two years.

**When does insurance become incontestable?**

After insurance has been in force on an insured during his or her lifetime for two years from the effective date of such insurance, we cannot contest the insurance for any loss that is incurred more than two years from the effective date of such insurance, except if the insurance has lapsed. However, if there has been an increase in the face amount of insurance for which application or evidence of insurability was required, then, to the extent of the increase, any loss which occurs within two years of the effective date of the increase will be contestable.

Any statements an insured or you make in the application will be considered representations and not warranties. Also, any statement an insured or you make will not be used to void the insurance, nor defend against a claim, unless the statement is contained in the signed application, which is deemed a part of this certificate, or any evidence of insurability application, and a copy containing the statement is furnished to you, the beneficiary, or your or the beneficiary's personal representative.

**Can this certificate be assigned?**

Yes. However, we will not be bound by an assignment of this certificate or of any interest in this certificate unless the assignment is made in writing or through any other method made available by us under the group policy and we send you an acknowledgement of the assignment.

We are not responsible for the validity of any assignment. You are responsible for ensuring that the assignment is legal and that it accomplishes your intended goals. If a claim is based on an assignment, we may require proof of interest of the claimant. A valid assignment will take precedence over a claim of a beneficiary.

**Can a change of ownership for this certificate be requested?**

Yes. A change of ownership is a type of assignment. All provisions for assignments apply to ownership changes.

**Is the policyholder required to maintain records?**

Yes. The policyholder is required to maintain adequate records of any information necessary for us to administer

the group policy. We can obtain these records from the policyholder at any reasonable time.

If a clerical error is made in keeping records on the insurance under the group policy, it will not affect otherwise valid insurance. A clerical error does not continue insurance which is otherwise terminated, nor put into effect insurance to which you are not otherwise entitled. If an error causes a change in premium payment, we will make a fair adjustment.

**Will the provisions of this certificate conform with state law?**

Yes. If any provision in this certificate or the group policy is in conflict with the laws of the state governing the certificate or policy, the provision will be deemed to be amended to conform to such laws.