IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Kimberly S. Weise, ) | |
| ) | |
|     Plaintiff, Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 08 C 770 |
| ) | |
| Minnesota Life Insurance Co., ) | |
| ) | |
|     Defendant, Counter-Plaintiff, Cross-Plaintiff, ) | |
| ) | |
| And ) | |
| ) | |
| Douglas Laughman, ) | |
| ) | |
|     Defendant, Cross-Defendant. ) | |

**NOTICE OF FILING**

To:  Scott A. Blumenshine                           Catherine A.T. Nelson
     LAW OFFICES OF MEYER AND BLUMENSHINE           Daniel R. Johnson
     221 North LaSalle Street                       COZEN O'CONNOR
     Suite 2206                                     222 S. Riverside Plaza, Ste. 1500
     Chicago, Illinois 60601                        Chicago, Illinois 60606

    PLEASE TAKE NOTICE that on April 18, 2008, **Cross-Defendant Douglas Laughman's Answer to Interpleader** was electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division.

                                                                 /s/ Heather Kuhn O'Toole

Dawn M. Canty
Heather Kuhn O'Toole
Andrew D. Hoeg
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
312-902-5200

## CERTIFICATE OF SERVICE

I, Heather Kuhn O'Toole, an attorney, hereby certify that on April 18, 2008, I caused a copy of **Cross-Defendant Douglas Laughman's Answer to Interpleader** to be electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice and copy of the electronic filing to the following counsel:

| | |
|---|---|
| Scott A. Blumenshine | Catherine A.T. Nelson |
| LAW OFFICES OF MEYER AND BLUMENSHINE | Daniel R. Johnson |
| 221 North LaSalle Street | COZEN O'CONNOR |
| Suite 2206 | 222 S. Riverside Plaza, Ste. 1500 |
| Chicago, Illinois 60601 | Chicago, Illinois 60606 |
| sbshine@hotmail.com | cnelson@cozen.com |
| | djohnson@cozen.com |

/s/ Heather Kuhn O'Toole