**07-216**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY WEISE, | ) | |
| | ) | |
| Plaintiff, | ) | Court No.: 08 -cv- 00770 |
| | ) | |
| v. | ) | Honorable Judge Wayne R. Anderson |
| | ) | |
| MINNESOTA INSURANCE CO, et al) | | |
| | ) | |
| Defendants, | ) | |

### CERTIFICATE OF SERVICE

To:    Andrew D. Hoeg, Esq.
       Dawn M. Canty, Esq.
       Heather Kuhn O'Toole, Esq.
       Katten, Muchin, Rosenman, LLP
       525 West Monroe Street
       Chicago, IL 60661

The undersigned, being first duly sworn on oath, deposes and states that a copy of the following documents were served upon the parties stated above, by placing said documents in the U. S. Mail to the to the above identified attorneys, on this 29th day of April, 2008.

    1.    Plaintiff/Counter-Defendant, KIMBERLY WEISE'S Answer to Defendant/Counter-Plaintiff, DOUGLAS LAUGHMAN'S Counterclaim for Declaratory Judgment; and

    2.    Plaintiff/Counter-Defendant, KIMBERLY WEISE'S Reply to Defendants' Affirmative Defenses.

            /s/Scott A. Blumenshine
            Scott A. Blumenshine

LAW OFFICES OF MEYER AND BLUMENSHINE
221 N. LaSalle St., Ste. 2206
Chicago, IL 60601
312/263-1000
A.R.D.C. 06196960