## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| KIMBERLY S. WEISE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MINNESOTA LIFE INSURANCE ) | |
| COMPANY, a corporation, and ) | |
| DOUGLAS LAUGHMAN, an ) | |
| individual, ) | No. 08-cv-00770 |
| ) | |
| Defendants. ) | |
| _____ ) | Honorable Judge Wayne R. Anderson |
| DOUGLAS LAUGHMAN, ) | |
| ) | |
| Counter-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KIMBERLY WEISE, ) | |
| ) | |
| Counter-Defendant. ) | |

### PLAINTIFF'S REPLY TO DEFENDANTS' AFFIRMATIVE DEFENSE

**NOW COMES** the Plaintiff, **KIMBERLY WEISE**, by and through her attorneys, **LAW OFFICES OF MEYER AND BLUMENSHINE**, and for her reply to Defendants, **MINNESOTA LIFE INSURANCE COMPANY and DOUGLAS LAUGHMAN'S** Affirmative Defenses, states as follows:

Plaintiff, **KIMBERLY WEISE** denies each and every allegation contained in Defendants' Affirmative Defenses.

1

**WHEREFORE**, the Plaintiff, **KIMBERLY WEISE**, prays this Honorable Court enter an Order striking Defendants, **MINNESOTA LIFE INSURANCE COMPANY and DOUGLAS LAUGHMAN'S** Affirmative Defenses as having no sound basis in the facts or the applicable law and further grant Plaintiffs relief as sought in their Complaint at Law.

                Respectfully submitted,

                /s/ Scott A. Blumenshine
                Scott A. Blumenshine

LAW OFFICES OF MEYER AND BLUMENSHINE
221 N. LaSalle Street, Suite 2206
Chicago, Illinois  60601
312/263-1000
ARDC No. 06196960

2