**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CHANCERY DIVISION**

| | | |
|---|---|---|
| KIMBERLY S. WEISE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MINNESOTA LIFE INSURANCE COMPANY, a corporation, and DOUGLAS LAUGHMAN, an individual, | ) ) ) | |
| | ) | |
| Defendants. | ) | No. 08-cv-00770 |
| DOUGLAS LAUGHMAN, | ) | |
| | ) | |
| Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KIMBERLY WEISE, | ) | |
| | ) | |
| Counter-Defendant. | ) | |

**PLAINTIFF/COUNTER-DEFENDANT, KIMBERLY WEISE'S ANSWER TO DEFENDANT/COUNTER-PLAINTIFF, DOUGLAS LAUGHMAN'S COUNTERCLAIM FOR DECLARATORY JUDGMENT**

**NOW COMES** the Plaintiff/Counter–Defendant, **KIMBERLY WEISE**, by and through her attorneys, **LAW OFFICES OF MEYER AND BLUMENSHINE**, and in Verified Answer to Defendant/Counter-Plaintiff, **DOUGLAS LAUGHMAN'S** Counterclaim for Declaratory Judgment, states as follows:

1. Plaintiff/Counter–Defendant, **KIMBERLY WEISE**, admits the allegations in Paragraph 1 of Defendant/Counter-Plaintiff, **DOUGLAS LAUGHMAN'S** Counterclaim for Declaratory Judgment, upon information and belief.

2. Plaintiff/Counter–Defendant, **KIMBERLY WEISE**, admits the allegations in Paragraph 2 of Defendant/Counter-Plaintiff, **DOUGLAS LAUGHMAN'S** Counterclaim for Declaratory Judgment, upon information and belief.

3. Plaintiff/Counter–Defendant, **KIMBERLY WEISE**, admits the allegations in Paragraph 3 of Defendant/Counter-Plaintiff, **DOUGLAS LAUGHMAN'S** Counterclaim for Declaratory Judgment.

4. Plaintiff/Counter–Defendant, **KIMBERLY WEISE**, admits the allegations in Paragraph 4 of Defendant/Counter-Plaintiff, **DOUGLAS LAUGHMAN'S** Counterclaim for Declaratory Judgment, upon information and belief.

5. Plaintiff/Counter–Defendant, **KIMBERLY WEISE**, admits the allegations in Paragraph 5 of Defendant/Counter-Plaintiff, **DOUGLAS LAUGHMAN'S** Counterclaim for Declaratory Judgment.

6. Plaintiff/Counter–Defendant, **KIMBERLY WEISE**, admits the allegations in Paragraph 6 of Defendant/Counter-Plaintiff, **DOUGLAS LAUGHMAN'S** Counterclaim for Declaratory Judgment.

7. Plaintiff/Counter–Defendant, **KIMBERLY WEISE**, admits the allegations in Paragraph 7 of Defendant/Counter-Plaintiff, **DOUGLAS LAUGHMAN'S** Counterclaim for Declaratory Judgment.

8. Plaintiff/Counter–Defendant, **KIMBERLY WEISE**, admits the allegations in Paragraph 8 of Defendant/Counter-Plaintiff, **DOUGLAS LAUGHMAN'S** Counterclaim for Declaratory Judgment.

9. Plaintiff/Counter–Defendant, **KIMBERLY WEISE**, admits the allegations in Paragraph 9 of Defendant/Counter-Plaintiff, **DOUGLAS LAUGHMAN'S** Counterclaim for Declaratory Judgment.

10. Plaintiff/Counter–Defendant, **KIMBERLY WEISE**, admits the allegations in Paragraph 10 of Defendant/Counter-Plaintiff, **DOUGLAS LAUGHMAN'S** Counterclaim for Declaratory Judgment.

11. Plaintiff/Counter–Defendant, **KIMBERLY WEISE**, admits the provisions in the divorce decree; however she denies provisions applicable to this claim, in Paragraph 11 of Defendant/Counter-Plaintiff, D**OUGLAS LAUGHMAN'S** Counterclaim for Declaratory Judgment.

12. Plaintiff/Counter–Defendant, **KIMBERLY WEISE**, denies knowledge and information as to the allegations contained in Paragraph 12 of Defendant/Counter-Plaintiff, **DOUGLAS LAUGHMAN'S** Counterclaim for Declaratory Judgment.

13. Plaintiff/Counter–Defendant, **KIMBERLY WEISE,** admits the death of Mark Laughman; however she denies explicitly waived her interests as to the policy as to Paragraph 13 of Defendant/Counter-Plaintiff, **DOUGLAS LAUGHMAN'S** Counterclaim for Declaratory Judgment.

14. Plaintiff/Counter–Defendant, **KIMBERLY WEISE,** denies waiver of interests and admits the claim for proceeds form as to Paragraph 14 of Defendant/Counter-Plaintiff, **DOUGLAS LAUGHMAN'S** Counterclaim for Declaratory Judgment.

15. Plaintiff/Counter–Defendant, **KIMBERLY WEISE**, denies the allegations in Paragraph 15 of Defendant/Counter-Plaintiff, **DOUGLAS LAUGHMAN'S** Counterclaim for Declaratory Judgment.

16. Plaintiff/Counter–Defendant, **KIMBERLY WEISE**, admits the allegations in Paragraph 16 of Defendant/Counter-Plaintiff, **DOUGLAS LAUGHMAN'S** Counterclaim for Declaratory Judgment, upon information and belief.

17. Plaintiff/Counter–Defendant, **KIMBERLY WEISE**, admits the allegations in Paragraph 17 of Defendant/Counter-Plaintiff, **DOUGLAS LAUGHMAN'S** Counterclaim for Declaratory Judgment.

**WHEREFORE**, Defendant, **Plaintiff/Counter–Defendant, KIMBERLY WEISE**, prays that this Honorable Court enter an order as follows:

a. deny Defendant/Counter-Plaintiff, DOUGLAS LAUGHMAN'S counterclaim for Declaratory Judgment;

b. find Plaintiff/Counter–Defendant, KIMBERLY WEISE, as the sole beneficiary;

    c.    find Defendant/Counter-Plaintiff, DOUGLAS LAUGHMAN, as a secondary beneficiary only; and

    d.    order Defendant, MINNESOTA LIFE, to promptly pay entire policy proceeds to Plaintiff/Counter–Defendant, KIMBERLY WEISE.

                Respectfully submitted;

                _s/s Scott A. Blumenshine_
                Scott A. Blumenshine

THE LAW OFFICES OF MEYER & BLUMENSHINE
Attorney for Plaintiff/Counter-Defendant, WEISE
221 North LaSalle, Suite 2206
Chicago, Illinois  60601
312/263-1000
ARDC No.:  06196960