UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Kimberly S. Weise
                                Plaintiff,

v.                                              Case No.: 1:08−cv−00770
                                                      Honorable Wayne R. Andersen

Minnesota Life, Insurance Co., et al.
                                Defendant.


**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Sidney I. Schenkier for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: May 19, 2008

                                                                          /s/ Wayne R. Andersen
                                                                      United States District Judge