IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY WEISE, ) | |
| ) | |
| Plaintiff, ) | Court No.: 08 -cv- 00770 |
| ) | |
| v. ) | Honorable Judge Wayne R. Anderson |
| ) | |
| MINNESOTA INSURANCE CO, et al ) | |
| ) | |
| Defendants, ) | |

**PLAINTIFF, KIMBERLY WEISE'S REQUEST FOR PRODUCTION to DEFENDANT, DOUGLAS LAUGHMAN**

**YOU ARE HEREBY REQUESTED TO PRODUCE** in accordance with Federal Rule of Civil Procedure 34 at the Law Offices of Meyer and Blumenshine, for inspection and copying, the following items within twenty-eight (28) days from the date hereof (together with any transcripts, reports, memoranda or recordings purporting to reflect but not to evaluate the same);

(A)  Any and all documents relating to, or filed in, the Estate of Mark Laughman, deceased pending in the Circuit Court of Cook County;

(B)  Any and all documents relating to the subject life insurance policy;

(C)  Any and all documentation, including but not limited to written correspondence, memoranda, and emails between Douglas Laughman and Mark Laughman from the date the subject policy went into effect until the date of Mark Laughman's death.

By: /s/ Scott A. Blumenshine
Scott A. Blumenshine

THE LAW OFFICES OF MEYER & BLUMENSHINE
Attorney for Plaintiff/Counter-Defendant, WEISE
221 North LaSalle, Suite 2206
Chicago, Illinois  60601
312/263-1000
ARDC No.:  06196960