07-216

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY WEISE, | ) | |
| | ) | |
| Plaintiff, | ) | Court No.: 08 -cv- 00770 |
| | ) | |
| v. | ) | Honorable Judge Wayne R. Anderson |
| | ) | |
| MINNESOTA INSURANCE CO, et al | ) | |
| | ) | |
| Defendants, | ) | |

**CERTIFICATE OF SERVICE**

To:   See attached Service List:

The undersigned, being first duly sworn on oath, deposes and states that a copy of the following documents were served upon the parties stated above, by placing said documents in the U. S. Mail to the to the above identified attorneys, on this 22nd day of May, 2008.

1. Plaintiff/Counter-Defendant, KIMBERLY WEISE'S Interrogatories to Defendant/Counter-Plaintiff, DOUGLAS LAUGHMAN'S;

2. Plaintiff/Counter-Defendant, KIMBERLY WEISE'S Request for Production to Defendant/Counter-Plaintiff, DOUGLAS LAUGHMAN;

3. Plaintiff/Counter-Defendant, KIMBERLY WEISE'S Interrogatories to Defendant, MINNESOTA INSURANCE;

4. Plaintiff/Counter-Defendant, KIMBERLY WEISE'S Request for Production directed to Defendant, MINNESOTA INSURANCE; and

5. Notice of Deposition

/s/Scott A. Blumenshine
Scott A. Blumenshine

LAW OFFICES OF MEYER AND BLUMENSHINE
221 N. LaSalle St., Ste. 2206
Chicago, IL  60601
312/263-1000
A.R.D.C. 06196960