IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY S. WEISE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No.: 08 -cv- 00770 |
| | ) | |
| MINNESOTA LIFE INSURANCE | ) | |
| COMPANY and | ) | |
| DOUGLAS LAUGHMAN, an | ) | |
| individual, | ) | |
| | ) | Honorable Magistrate Judge |
| Defendants. | ) | Sidney Schenkier |

## PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT

**NOW COMES** the Plaintiff, **KIMBERLY WEISE**, by and through her attorneys, **LAW OFFICES OF MEYER AND BLUMENSHINE**, and for her Motion to Enforce Settlement, states as follows:

1. On July 16, 2008, this Court conducted a successful afternoon-long Mediation Conference. The simple settlement terms provided for payment of $550,000.00 to **KIMBERLY WEISE** from the subject life insurance policy proceeds.

2. On July 31, 2008, the parties appeared before this Court to advise on the status of the distribution.

3. This Honorable Court ordered that the parties provide the Court with an executed Stipulation to Dismiss on August 21, 2008.

4. Counsel for Plaintiff, **KIMBERLY WEISE** has requested the settlement documents and payment, but has yet to receive a release and payment.

5. The counsels for the defendants, **MINNESOTA LIFE INSURANCE COMPANY and DOUGLAS LAUGHMAN,** are at issue regarding the costs and fees to be deducted from the **DOUGLAS LAUGHMAN** interest proceeds. This dispute has nothing to do with Kimberly Weise.

6. The settlement agreement implied timely payment to Plaintiff. Plaintiff and her counsel have incurred significant time and effort in endeavoring to obtain the agreed settlement documents and funds, specifically by multiple telephone conferences, emails and the instant motion.

7. Counsels for defendants have indicated no objection to prompt payment to **KIMBERLY WEISE**.

**WHEREFORE**, Plaintiff, **KIMBERLY WEISE**, respectfully requests that this Honorable Court enter an order that Defendants, **MINNESOTA LIFE INSURANCE COMPANY and DOUGLAS LAUGHMAN**, provide plaintiff's counsel with the settlement releases and pay the agreed Settlement amount within 24 hours of the date of its Order, plus interest accrued on the entire policy since the settlement date and fees associated with presentation of this motion.

Respectfully submitted,

/s/Scott A. Blumenshine
Scott A. Blumenshine

LAW OFFICES OF MEYER AND BLUMENSHINE
221 N. LaSalle St., Ste. 2206
Chicago, IL  60601
312/263-1000
A.R.D.C. 06196960

2