# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KIMBERLY WEISE, ) | |
| ) | |
| Plaintiff, ) | Court No.: 08 -cv- 00770 |
| ) | |
| v. ) | Honorable Magistrate Judge |
| ) | Sidney Schenkier |
| MINNESOTA INSURANCE CO, et al ) | |
| ) | |
| Defendants, ) | |

## NOTICE OF MOTION

To:   See attached Service List:

**PLEASE NOTE THAT** on the 19th day of August, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Sidney Schenkier, or any judge presiding in the courtroom usually occupied by him in Room 1700 of the United States District Court, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiff's Motion to Enforce, a copy of which is hereby served upon you.

/s/Scott A. Blumenshine
Scott A. Blumenshine

## CERTIFICATE OF SERVICE

I, Scott A. Blumenshine, an attorney, certify that I served this Notice by mailing a copy to the above named individuals at his/her respective address and depositing the same in the U.S. Mail at 221 N. LaSalle St., Chicago, Illinois at or about 5:00 p.m. on August 14, 2008, with proper postage prepaid.

/s/Scott A. Blumenshine
Scott A. Blumenshine

LAW OFFICES OF MEYER AND BLUMENSHINE
221 N. LaSalle St., Ste. 2206
Chicago, IL  60601
312/263-1000
ARDC No.: 06189640